UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| A.P.I., INC. ASBESTOS SETTLEMENT TRUST AND A.P.I., INC., | Civil No. 09-0975 (JRT/JJG) |
| Plaintiffs, | |
| v. | **ORDER FOR EXTENSION OF TIME TO FILE REPLY** |
| HOME INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, et al., | |
| Defendants. | |

WHEREAS, on December 22, 2009, Defendants filed a Motion to Dismiss the Second Amended Complaint ("the Motion to Dismiss");

WHEREAS, on January 13, 2010, the parties agreed that Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss would be due on January 13, 2010;

WHEREAS, on January 13, 2010, the parties further agreed that Defendants' Reply Memorandum of Law in Further Support of the Motion to Dismiss would be due on January 21, 2010; and

WHEREAS, on January 18, 2010, the parties signed a Stipulation memorializing their agreement regarding the above-noted due dates.

**IT IS HEREBY ORDERED** that:

Defendants' Reply Memorandum of Law in Further Support of the Motion to Dismiss is due to be filed on January 21, 2010.

DATED:  January 19, 2010 _____ s/ John R. Tunheim_____
at Minneapolis, Minnesota. JOHN R. TUNHEIM
United States District Judge