| | |
|---|---|
| A.P.I., INC., ASBESTOS SETTLEMENT TRUST and A.P.I., INC., | Civil No. 09-975 (JRT/JJG) |
| Plaintiffs, | |
| v. | |
| HOME INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; ZURICH-AMERICAN INSURANCE COMPANY OF ILLINOIS; STEADFAST INSURANCE COMPANY; ZURICH INSURANCE COMPANY (Switzerland); AMERICAN GURANTEE AND LIABILITY INSURANCE COMPANY; AMERICAN ZURICH INSURANCE COMPANY; and ORANGE STONE REINSURANCE (Ireland), | **ORDER** |
| Defendants. | |

John H. Faricy, Jr. and Vadim Trifel, **FARICY LAW FIRM, P.A.**, 333 South Seventh Street, Suite 2320, Minneapolis, MN 55402, for plaintiffs.

Peter G. Van Bergen, **COUSINEAU MCGUIRE CHARTERED**, 1550 Utica Avenue South, Suite 600, Minneapolis, MN 55416-5318, for defendant Home Insurance Company.

Peter G. Van Bergen and Andrea E. Reisbord, **COUSINEAU MCGUIRE CHARTERED**, 1550 Utica Avenue South, Suite 600, Minneapolis, MN 55416-5318; Richard Mancino, Russell D. Morris, Christopher J. St. Jeanos, and Jodi B. Leibowitz, **WILKIE FARR & GALLAGHER LLP**, 787 Seventh Avenue, New York, NY 10019,and Joseph G. Davis, , **WILKIE FARR & GALLAGHER LLP**, 1875 K Street N.W., Washington, DC 20006, for defendants Zurich American Insurance Company, Zurich-American Insurance Company of Illinois, and Steadfast Insurance Company.

Peter G. Van Bergen and Andrea E. Reisbord, **COUSINEAU MCGUIRE CHARTERED**, 1550 Utica Avenue South, Suite 600, Minneapolis, MN 55416-5318, for defendants Zurich Insurance Company (Switzerland), American Guarantee and Liability Insurance Company, American Zurich Insurance Company, and Orange Stone Reinsurance (Ireland).

This matter is before the Court on the request made by Defendants for leave to file a motion to reconsider a part of the Court's March 31, 2010 order [Docket No. 109] granting in part and denying in part the motion for judgment on the pleadings. The Court has reviewed the request, as well as the letter filed by plaintiffs in response, and **IT IS HEREBY ORDERED** that defendant's request for leave to file a motion for reconsideration [Docket No. 122] is **DENIED**.

DATED: April 19, 2010                    ____s/ John R. Tunheim____
at Minneapolis, Minnesota.                 JOHN R. TUNHEIM
                                                              United States District Judge